AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court     For the Eastern District of Texas, Marshall Division     on the following

☐ Trademarks or     ☑ Patents.     ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>2:20-cv-321 | DATE FILED<br>10/1/2020 | U.S. DISTRICT COURT<br>For the Eastern District of Texas, Marshall Division |
|---|---|---|
| PLAINTIFF<br>IPCom Gmbh & Co. KG | | DEFENDANT<br>Sprint Spectrum L.P., SprintCom, Inc., Sprint Communications Inc., Sprint Communications Company, L.P., Sprint Corporation, Duetsche Telekom AG |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 7,333,822 | 2/19/2008 | IPCom Gmbh & Co. KG |
| 2 | 10,382,909 | 8/13/2019 | IPCom Gmbh & Co. KG |
| 3 | 6,813,261 | 11/2/2004 | IPCom Gmbh & Co. KG |
| 4 | 7,006,463 | 2/28/2006 | IPCom Gmbh & Co. KG |
| 5 | 6,983,147 | 1/3/2006 | IPCom Gmbh & Co. KG |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy**