# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| IPCOM, GMBH & CO. KG<br><br>      Plaintiff,<br><br>    v.<br><br>SPRINT SPECTRUM L.P., SPRINTCOM, INC., SPRINT COMMUNICATIONS INC., SPRINT COMMUNICATIONS COMPANY, L.P., and SPRINT CORPORATION, DEUTSCHE TELEKOM AG<br><br>      Defendants. | Civil Case No.: 2:20-cv-321<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANT IPCOM, GMBH & CO. KG'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff IPCom GmbH & Co. KG hereby discloses that the following companies own more than 10 percent of IPCom GmbH & Co. KG:

1.     IPCom Holding GmbH

2.     Karols Development Co., LLC

DATED:  October 1, 2020

                                          Respectfully submitted,

                                          By: /s/Martin J. Black
Martin J. Black **LEAD ATTORNEY**
Pennsylvania Bar No. 54319
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Tel: (215) 994-4000
Fax: (215) 994-2222
martin.black@dechert.com

Jeffrey B. Plies
Dechert LLLP
Texas Bar No. 24027621
515 Congress Avenue
Suite 1400
Austin, TX 78701
Tel: (512) 394-3000
jeffrey.plies@dechert.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this notice was served on all counsel of record who have consented to electronic service as this district requires in accordance with Local Rule CV-5(a)(3)(A) on this 1st Day of October, 2020.

*/s/ Martin J. Black*
Martin J. Black
