# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| IPCOM, GMBH & CO. KG<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SPRINT SPECTRUM L.P., SPRINTCOM, INC., SPRINT COMMUNICATIONS INC., SPRINT COMMUNICATIONS COMPANY, L.P., and SPRINT CORPORATION, DEUTSCHE TELEKOM AG<br><br>　　　　Defendants. | Civil Case No.: 2:20-cv-00321-JRG<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

Notice is hereby given to the Court and all parties of record that the undersigned attorney, Jeffrey B. Plies enters his appearance as an attorney of record on behalf of Plaintiff IPCom Gmbh & Co. KG in the above-referenced case.  Mr. Plies requests and respectfully asks that he henceforth receive electronic notices of all subsequent filings at: jeffrey.plies@dechert.com.

1

DATED:   October 1, 2020				Respectfully submitted,


						By: /s/Jeffrey B. Plies_____
						Martin J. Black **LEAD ATTORNEY**
						Pennsylvania Bar No. 54319
						DECHERT LLP
						Cira Centre
						2929 Arch Street
						Philadelphia, PA 19104
						Tel: (215) 994-4000
						Fax: (215) 994-2222
						martin.black@dechert.com

						Jeffrey B. Plies
						Dechert LLLP
						Texas Bar No. 24027621
						515 Congress Avenue
						Suite 1400
						Austin, TX 78701
						Tel: (512) 394-3000
						jeffrey.plies@dechert.com

						*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this notice was served on all counsel of record who have consented to electronic service as this district requires in accordance with Local Rule CV-5(a)(3)(A) on this 1st Day of October, 2020.

>                                             */s/Jeffrey B. Plies*
>                                             Jeffrey B. Plies