## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| IPCOM, GMBH & CO. KG | |
| Plaintiff, | Civil Case No.: 2:20-cv-00321-JRG |
| v. | |
| SPRINT SPECTRUM L.P., SPRINTCOM, INC., SPRINT COMMUNICATIONS INC., SPRINT COMMUNICATIONS COMPANY, L.P., and SPRINT CORPORATION, DEUTSCHE TELEKOM AG | **JURY TRIAL DEMANDED** |
| Defendants. | |

## <u>NOTICE OF APPEARANCE</u>

Notice is hereby given to the Court and all parties of record that the undersigned attorney, Timothy F. Dewberry enters his appearance as an attorney of record on behalf of Plaintiff IPCom Gmbh & Co. KG in the above-referenced case.  Mr. Dewberry requests and respectfully asks that he henceforth receive electronic notices of all subsequent filings at:

timothy.dewberry@dechert.com.

DATED:   October 1, 2020                    Respectfully submitted,


By: /s/*Timothy F. Dewberry*_____
Martin J. Black **LEAD ATTORNEY**
Pennsylvania Bar No. 54319
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Tel: (215) 994-4000
Fax: (215) 994-2222
martin.black@dechert.com

Jeffrey B. Plies
Texas Bar No. 24027621
Timothy F. Dewberry
Texas Bar No. 24090074
DECHERT LLP
515 Congress Avenue
Suite 1400
Austin, TX 78701
Tel: (512) 394-3000
Fax: (512) 394-3001
jeffrey.plies@dechert.com
timothy.dewberry@dechert.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this notice was served on all counsel of record who have consented to electronic service as this district requires in accordance with Local Rule CV-5(a)(3)(A) on this 1st Day of October, 2020.


*/s/Timothy F. Dewberry*
Timothy F. Dewberry