IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| IPCOM, GMBH & CO. KG<br><br>Plaintiff,<br><br>v.<br><br>SPRINT SPECTRUM L.P., ET AL.<br><br>Defendants,<br><br>NOKIA OF AMERICA CORPORATION,<br><br>Intervenor, | Case No.: 2:20-cv-00321-JRG<br>**JURY DEMANDED** |

**JOINT MOTION TO STAY AND NOTICE OF SETTLEMENT**

Plaintiff IPCom, GMBH & Co. KG ("IPCom"), Defendants Sprint Spectrum L.P., SprintCom, Inc., Sprint Communications Inc., Sprint Communications Company, L.P., Sprint Corporation, T-Mobile US, Inc., and T-Mobile USA, Inc. ("Sprint"), and Intervenor Nokia of America Corporation (collectively, "the Parties") submit this paper to notify the Court that all claims between the parties in this action have been resolved.

The Parties are in the process of memorializing a long-form agreement and will promptly submit formal dismissal papers once the long-form agreement is finalized. In the interim, the Parties jointly request that the case be stayed for a period of 30 days to allow the Parties to negotiate and execute a long-form agreement.

1

DATED:  April 6, 2022                                  Respectfully submitted,

By: /s/ *Martin J. Black w/permission Claire A. Henry*
Martin J. Black **LEAD ATTORNEY**
Pennsylvania Bar No. 54319
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Tel: (215) 994-4000
Fax: (215) 994-2222
martin.black@dechert.com

Jeffrey B. Plies
Dechert LLP
Texas Bar No. 24027621
515 Congress Avenue
Suite 1400
Austin, TX 78701
Tel: (512) 394-3000
jeffrey.plies@dechert.com

*Attorneys for Plaintiff*
**IPCom, GmbH & Co. KG**

/s/ *David Finkelson* (with permission Claire A. Henry)

Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

David E. Finkelson (pro hac vice)
Justin R. Lowery (pro hac vice)
Matthew G. Rosendahl (pro hac vice)
MCGUIREWOODS LLP
800 East Canal Street
Richmond, VA 23219-3916
(804) 775-1000
(804) 698-2016 - fax
dfinkelson@mcguirewoods.com
jlowery@mcguirewoods.com
mrosendahl@mcguirewoods.com

*ATTORNEYS FOR DEFENDANTS SPRINT SPECTRUM, L.P. (D/B/A SPRINT PCS), SPRINTCOM, INC., SPRINT COMMUNICATIONS INC., SPRINT COMMUNICATIONS COMPANY, L.P., T-MOBILE US, INC. AND T-MOBILE USA, INC.*

/s/ *Wesley C. Achey*  (with permission Claire A. Henry)

John D. Haynes
Wesley C. Achey
Michael C. Deane
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
john.haynes@alston.com
wes.achey@alston.com
michael.deane@alston.com

Brady Cox
Alston & Bird LLP
Chase Tower
2200 Ross Avenue, Suite 2300
Dallas, Texas 75201
brady.cox@alston.com

Theodore Stevenson, III
Texas State Bar No. 19196650
ted.stevenson@alston.com
ALSTON & BIRD
2200 Ross Avenue, Suite 2300
Dallas, TX 75201
Telephone: (214) 922-3507
Facsimile: (214) 922-3899

***Attorneys for Intervenor Nokia of America Corporation***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this notice was served on all counsel of record who have consented to electronic service as this district requires in accordance with Local Rule CV-5(a)(3)(A) on this 6th day of April, 2022.

/s/ *Claire A. Henry*
Claire A Henry

**CERTIFICATE OF CONFERENCE**

I certify that, pursuant to Local Rule CV-7(i), counsel for IPCom and Defendants have complied with the meet and confer requirement in Local Rule CV-7(h), and that the motion is unopposed.

/s/ *Claire A. Henry*
Claire A. Henry