IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
EASTERN DIVISION

| | | |
|---|---|---|
| IPCOM GMBH & CO. KG<br>　　　*Plaintiff*,<br><br>v.<br><br>SPRINT SPECTRUM L.P. et al<br>　　　*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO.  2:20-cv-00321-JRG |
| IPCOM GMBH & CO. KG<br>　　　*Plaintiff*,<br><br>v.<br><br>AT&T INC. et al<br>　　　*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO.  2:20-cv-00322-JRG |

## **REPORT OF MEDIATION**

The above-captioned case was mediated by David Folsom via Zoom video conference on Sunday, March 27, 2022, between Plaintiff, **IPCom Gmbh & Co. KG,** and Defendants, **Sprint Spectrum L.P., SprintCom, Inc., Assurance Wireless USA, L.P., Sprint Communications, Inc., Sprint Communications Co., L.P., Sprint Corporation, Inc., Deutsche Telekom AG, T-Mobile US, Inc., T-Mobile USA, Inc.**, **AT&T Corp, AT&T Communications, LLC, AT&T Mobility LLC, AT&T Mobility II LLC, AT&T Services Inc., Cellco Partnership d/b/a Verizon Wireless, Verizon Business Network Services LLC,** Intervenor, **Nokia of America Corporation,** and non-party participant, **Mavenir Systems.**  A second session was conducted in-person by David Folsom on Friday, April 1, 2022, between all above-named parties *except* AT&T Corp, AT&T Communications, LLC, AT&T Mobility LLC, AT&T Mobility II LLC, and AT&T Services Inc., who settled in advance of the April 1st session.

It is noted that only non-party participant, Mavenir Systems, joined the April 1st session via Zoom video conference.

The mediation processes with all parties were successful.

Signed this 7th day of April 7 2022.

>*/s/ David Folsom*
>David Folsom
>TXBN: 07210800
>JACKSON WALKER, LLP
>6002-B Summerfield Drive
>Texarkana, Texas  75503
>Telephone: (903) 255-3250
>Facsimile:  (903) 255-3265
>E-mail:  dfolsom@jw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on this 7th day of April 2022.  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).

>*/s/ David Folsom*
>David Folsom